# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

AISHIA PETERSEN,                                        CASE NO.: 0:20-cv-62481-RAR

        Plaintiff,

v.

DOONEY & BOURKE INC.,

        Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant Dooney & Bourke Inc., by and through its undersigned counsel, hereby gives the Court notice that Plaintiff, Aishia Petersen and Defendant have reached a resolution in this matter. The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future.

The Parties therefore request this Court vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all claims will be filed within 60 days.

Dated February 8, 2021.                Respectfully submitted,

*/s/ Beth S. Joseph*
Anne Marie Estevez
Florida Bar No. 991694
Email: anne.estevez@morganlewis.com
Beth S. Joseph
Florida Bar No. 0062952
Email: beth.joseph@morganlewis.com
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard, Suite 5300
Miami, FL 33131-2339
Telephone: 305.415.3330

*Counsel for Defendant*

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on February 8, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Beth S. Joseph*
Beth S. Joseph

## SERVICE LIST

Acacia Regina Silva Barros
Acacia Barros, P.A.
11120 N. Kendall Drive
Ste 201
Miami, FL 33176
305-639-8381
Fax: 786-364-7327
Email: ab@barroslawfirm.com

VIA CM/ECF

*Counsel for Plaintiff*