**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CV-62481-RAR**

**AISHIA PETERSEN**,

      Plaintiff,

v.

**DOONEY & BOURKE INC.**,

      Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon Defendant's Notice of Settlement [ECF No. 21] ("Notice"). The Notice states that "[t]he parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future." *Id.* The Court having carefully reviewed the file, the Notice, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal within **sixty (60) days** from the date of this Order.

2. The Clerk shall **CLOSE** this case for administrative purposes only.

3. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 8th day of February, 2021.

                                                  **RODOLFO A. RUIZ II**
                                                  UNITED STATES DISTRICT JUDGE

cc:    counsel of record