**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

AISHIA PETERSEN,                        CASE NO.: 0:20-cv-62481-RAR

        Plaintiff,

v.

DOONEY & BOURKE INC.,

        Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL**

      Plaintiff, Aishia Petersen ("Plaintiff") and Defendant Dooney & Bourke Inc. ("Defendant") (Plaintiff and Defendant are collectively, the "Parties"), by and through their respective undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of all of Plaintiff's claims in the action *with* prejudice. The Parties shall bear their own attorneys' fees, costs, and expenses. A copy of the Order of Dismissal with Prejudice is attached hereto as Exhibit "A". All Parties consent to the form and content of this Stipulation and Order.

| | |
|---|---|
| Dated April 15, 2021. | Respectfully submitted, |
| /s/ *Acacia Regina Silva Barros* | /s/ *Beth S. Joseph* |
| Acacia Regina Silva Barros | Anne Marie Estevez |
| Acacia Barros, P.A. | Florida Bar No. 991694 |
| 11120 N. Kendall Drive | Email: annemarie.estevez@morganlewis.com |
| Ste 201 | Beth Joseph |
| Miami, FL 33176 | Florida Bar No. 0062952 |
| 305-639-8381 | Email: beth.joseph@morganlewis.com |
| Fax: 786-364-7327 | Morgan, Lewis & Bockius LLP |
| Email: ab@barroslawfirm.com | 600 Brickell Avenue |
| | Suite 1600 |
| *Counsel for Plaintiff* | Miami, FL 33131-3075 |
| | Telephone: 305.415.3330 |
| | Facsimile: 877.432.9652 |
| | |
| | *Counsel for Defendant* |

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on April 15, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                                   */s/ Beth S. Joseph*
                                                                                   Beth S. Joseph

## **SERVICE LIST**

Acacia Regina Silva Barros
Acacia Barros, P.A.
11120 N. Kendall Drive
Ste 201
Miami, FL 33176
305-639-8381
Fax: 786-364-7327
Email: ab@barroslawfirm.com

VIA CM/ECF

*Counsel for Plaintiff*