UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-62481-RAR

**AISHIA PETERSEN**,

    Plaintiff,

v.

**DOONEY & BOURKE INC.**,

    Defendant.

_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Dismissal ("Joint Stipulation") [ECF No. 24]. The Court having reviewed the Joint Stipulation, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*. The parties shall bear their own fees and costs.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of April, 2021.

                                                                  _____
                                                                  **RODOLFO A. RUIZ II**
                                                                  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record